UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ADAM ZYSKOWSKI,<br><br>         Plaintiff,<br><br>   v.<br><br>NEIL T. SCHOONMAKER,<br><br>         Defendant. | Case No. 1:23-cv-00433-ADA-EPG<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff is proceeding *pro se* in this civil action. (*See* ECF No. 1.) Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is respectfully directed to send Plaintiff an application to proceed *in forma pauperis* (Form – AO 240).

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **March 27, 2023**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

1