1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 JOSEPH ADAM ZYSKOWSKI, | No. 1:23-cv-00433-ADA-EPG |
| 12     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE |
| 13   v. | |
| 14 NEIL T. SCHOONMAKER, | (ECF No. 11) |
| 15     Defendant. | |
| 16 | |

17        Plaintiff Joseph Adam Zyskowski sues an IRS employee, Defendant Neil T. Schoonmaker,

18  over a dispute as to whether Plaintiff owes penalties from allegedly filing a frivolous tax return.

19  (ECF No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

20  § 636(b)(1)(B) and Local Rule 302.

21        Upon review of the initial complaint on May 1, 2023, the Court issued an order for Plaintiff

22  to show cause why this case should not be dismissed for lack of subject-matter jurisdiction.  (ECF

23  No. 6.)  Therein, the Court noted that Plaintiff had failed to state any cognizable federal claim and

24  had not sufficiently alleged diversity of citizenship among the parties or amount in controversy.

25  (*Id.*)  The Court also provided Plaintiff with the standards governing a tax-refund action and

26  allowed Plaintiff to file an amended complaint.  (*Id.*)

27        On May 17, 2023, Plaintiff timely responded to the Court's order to show cause and filed a

28  First Amended Complaint ("FAC").  (ECF Nos. 7, 10.)  On May 23, 2023, the assigned Magistrate

Judge issued findings and recommendations, recommending the action be dismissed, without prejudice, for lack of subject-matter jurisdiction.  (ECF No. 11.)  Therein, the Court gave notice that any objections were to be filed within fourteen days after service.  (*Id*. at 5.)  Plaintiff filed timely objections on June 1, 2023.  (ECF No. 12.)

In his objections, Plaintiff again fails to sufficiently allege diversity of citizenship among the parties or amount in controversy.  (*Id*.)  Rather, Plaintiff summarizes the same claims he stated in his initial complaint and in the FAC.  (*Id*.)  Additionally, Plaintiff argues that dismissing this case "would be a violation of the 7th Amendment of the Constitution of the united [*sic*] States of America."  (*Id*. at 1.)  The Seventh Amendment protects the right of citizens to have a jury trial in federal court for civil cases.  *See* U.S. Const. amend. VII.  However, before requesting a jury trial in a civil case, the case must be properly before the court.  Here, the Plaintiff has failed to properly assert subject-matter jurisdiction.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.      The findings and recommendations issued on May 23, 2023, (ECF No. 11), are ADOPTED IN FULL;

2.      This action is dismissed, without prejudice, for lack of subject-matter jurisdiction; and

3.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __August 24, 2023__                        _____

UNITED STATES DISTRICT JUDGE

2